**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| THERA LAMBERT, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) **Case No. 17-cv-2149** ) |
| v. | ) **Hon. Jorge L. Alonso** ) |
| GENERAL NUTRITION CORPORATION, | ) **Hon. Maria Valdez** ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendant hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and the claims of the proposed Class without prejudice. Each party shall bear its own costs and fees.

Dated: February 9, 2018                    Respectfully submitted,


By: */s/ Katrina Carroll*                   By: */s/Alexandra M. McGee*
One of the Attorneys for Plaintiff          One of the Attorneys for Defendant
and the putative Class

Katrina Carroll                             Paul R. Berg
*kcarroll@litedepalma.com*                  FL Bar # 901172
Kyle A. Shamberg                            Alexandra M. McGee
*kshamberg@litedepalma.com*                 FL Bar # 121595
Ismael T. Salam                             **VOCELLE & BERG, LLP**
*isalam@litedepalma.com*                    3333 20th Street
**LITE DEPALMA GREENBERG, LLC**             Vero Beach, FL 32960
211 W. Wacker Drive, Suite 500              Telephone: (772) 562-8111
Chicago, Illinois 60606                     Facsimile: (772) 562-2870
Phone: 312.750.1265                         Email: PBerg@vocelleberg.com
                                            Courtdocs@vocelleberg.com
Nick Suciu III                              JGraney@vocelleberg.com
**BARBAT, MANSOUR & SUCIU PLLC**            AMcgee@vocelleberg.com
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
(313) 303-3472

nicksuciu@bmslawyers.com
Jonathan Shub
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700
jshub@kohnswift.com

Jason Thompson
Amy L. Marino
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
amarino@sommerspc.com

Brian J. Wanca
Jeffrey A. Berman
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
(847) 368-1500
bwanca@andersonwanca.com
jberman@andersonwanca.com

Jason T. Brown (*Pro Hac Vice* Application
Forthcoming)
Patrick S. Almonrode (*Pro Hac Vice*
Application Forthcoming)
**THE JTB LAW GROUP, LLC**
500 N. Michigan Ave., Suite 600
Chicago, IL 60611
(877) 561-0000
jtb@jtblawgroup.com
patalmonrode@jtblawgroup.com

Gregory F. Coleman
**GREG COLEMAN LAW, P.C.**
First Tennessee Plaza
800 S. Gay Street
Suite 1100
Knoxville, TN 37929
(865) 247-0090
greg@gregcolemanlaw.com

Michael F. Ram (*Pro Hac Vice* Application Forthcoming)
Susan S. Brown (*Pro Hac Vice* Application Forthcoming)
**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 433-4949
mram@rocklawcal.com
sbrown@rocklawcal.com

Rachel Soffin (*Pro Hac Vice* Application Forthcoming)
Jonathan B. Cohen (*Pro Hac Vice* Application Forthcoming)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505
rsoffin@forthepeople.com
jcohen@forthepeople.com

Donald J. Enright (*Pro Hac Vice* Application Forthcoming)
Lori G. Feldman (*Pro Hac Vice* Application Forthcoming)
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th Floor
New York, NY 10004
(212) 363-7500
denright@zlk.com
lfeldman@zlk.com

Samuel J. Strauss (*Pro Hac Vice* Application Forthcoming)
**TURKE & STRAUSS LLP**
613 Williamson Street, #209
Madison, WI 53703
(608) 237-1775
sam@turkestrauss.com

*Attorneys for the Plaintiff and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Stipulation Of Dismissal** was filed this 9th day of February 2018 via the Court's electronic filing system, which will serve all counsel of record.

*/s/ Katrina Carroll*