# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Thera Lambert

                               Plaintiff,

v.                                              Case No.: 1:17–cv–02149

                                                                 Honorable Jorge L. Alonso

General Nutrition Corporation

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2018:

        MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss has been filed. Plaintiff's individual claims are dismissed with prejudice and the claims of the proposed class are dismissed without prejudice. Status hearing previously set for 3/1/18 is stricken. Civil Case Terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.